**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00624-CR

———————————

## IN RE DENNIS KENDRICK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Dennis Kendrick, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to conduct a hearing to determine whether an alleged conflict of interest exists.* The petitioner did not provide a record of the proceedings in the trial court. We deny the petition.

---

\*     The underlying case is *State of Texas v. Dennis Kendrick*, cause number 1487329, pending in the 185th District Court of Harris County, Texas, the Honorable Susan Brown presiding.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).